**IN THE MISSOURI COURT OF APPEALS**
**HANDDOWN LIST OF APRIL 12, 2016**
**WESTERN DISTRICT**


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b)**
**AND ISSUED PER CURIAM**
--------------------------------------------------------------
**WD79021**        **In the Interest of: G.D.G., D.G.S. and R.F.J.W.; Juvenile Officer vs. F.W. (Mother)**



**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b)**
**AND ISSUED PER CURIAM**
--------------------------------------------------------------
**None**